STACEY N. KNOX (SBN 192966)
E-Mail: stacey.knox@gmlaw.com
GREENSPOON MARDER LLP
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 323.880.4520
Facsimile: 954.771.9264

MICHELLE D. BERNARD (*pro hac vice* pending)
E-Mail: mbernard@bernardlegalservces.com
THE BERNARD LAW FIRM, LLC
10221 River Road
PO Box 59006
Potomac, Maryland 20859
Ph: 301.807.2394
Fax: 301.852.5384

Attorneys for Plaintiffs Estate of Dr. Marvin Boomer, Jr., by and through Tynesha Boomer, as personal representative; Dorothenia Martin-Boomer, an individual; Marvin Boomer, Sr., an individual; and Ta Ta Neshe ("Nina") Woodruff, an individual

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESTATE OF DR. MARVIN BOOMER, JR., by and through TYNESHA BOOMER, personal representative; DOROTHENIA MARTIN-BOOMER, an individual; MARVIN BOOMER, SR., an individual; and TA TA NESHE ("NINA") WOODRUFF, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT; STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL; ERIC SCOTT HERNANDEZ GARCIA, an individual; GABINA HERNANDEZ GARCIA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:26-cv-07445-WHO<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT STATE OF CALIFORNIA'S, ACTING BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AS AMENDED**<br><br>Judge: Hon. William H. Orrick<br><br>Trial Date: None Set |

The Court, having considered the parties' Stipulated Request for Extension of Time for Plaintiffs to Respond to Defendant State of California's, Acting by and through the California Highway Patrol's Motion to Dismiss Pursuant to Rule 12(b)(6), and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiffs Estate of Dr. Marvin Boomer, Jr., by and through Tynesha Boomer, Dorothenia Martin-Boomer, Marvin Boomer, Sr., and Ta Ta Neshe ("Nina") Woodruff shall have an extension to file a response to the Motion to Dismiss on or before August 14, 2026;

2. Defendants State of California, acting by and through the California Highway Patrol, shall have an extension to reply to the Motion to Dismiss on or before August 28, 2026; and

3. The hearing date on September 9, 2026~~, shall remain unchanged~~ is vacated and the hearing reset to **September 23, 2026 at 2:00 p.m**.

DATED: August 7, 2026

Honorable William H. Orrick